**Order entered February 3, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01372-CR**
**No. 05-19-01373-CR**

**DONTE DARNELL EASTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75377-P & F18-75380-P**

**ORDER**

Volume 8 of the reporter's record was filed on March 30, 2020. Missing from the exhibits is State's Exhibit #79, a DVD of defendant's interview with police. We **ORDER** court reporter Crystal Brown to file, within fourteen days of the date of this order, a supplemental reporter's record containing a playable copy of State's Exhibit #79.

/s/ LANA MYERS
   JUSTICE